UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIA CARREON,<br><br>Plaintiff,<br><br>-against-<br><br>CITIGROUP, INC., ET AL.<br><br>Defendants. | No. 26-CV-660 (LAP)<br><br>ORDER |
| CITIGROUP GLOBAL MARKETS, INC. & CITIGROUP INC.,<br><br>Petitioners,<br><br>-against-<br><br>JULIA CARREON,<br><br>Respondent. | No. 26-CV-9036 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

By October 23, 2026, counsel in these actions shall confer and advise the Court by letter how they propose to proceed.

**SO ORDERED.**

Dated: October 16, 2026
New York, New York

LORETTA A. PRESKA
Senior United States District Judge